**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy** 04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Khaf Corporation** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 8 3 – 2 3 0 6 3 1 0 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1680 Hickory Dr.** | |
| Number   Street | Number   Street |
| | P.O. Box |
| **Haltom City**   **TX**   **76117** | |
| City   State   ZIP Code | City   State   ZIP Code |
| **Tarrant** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number   Street |
| | |
| | City   State   ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Khaf Corporation** _____  Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. Check all that apply:

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes. District _____ When _____ (MM/DD/YYYY) Case number _____
  - District _____ When _____ (MM/DD/YYYY) Case number _____
  - District _____ When _____ (MM/DD/YYYY) Case number _____

Debtor **Khaf Corporation** _____    Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.  Debtor _____    Relationship _____
         District _____    When _____
                                                  MM / DD / YYYY
         Case number, if known _____

List all cases.  If more than 1, attach a separate list.

         Debtor _____    Relationship _____
         District _____    When _____
                                                  MM / DD / YYYY
         Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**    *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**
_____
Number    Street
_____
_____    _____    _____
City                        State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor **Khaf Corporation** _____ Case number (if known) _____

| | | | |
|---|---|---|---|
| **14. Estimated number of creditors** | ☐ 1-49<br>☒ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☒ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/27/2022**
MM / DD / YYYY

X **/s/ Jessica Concepcion** _____
Signature of authorized representative of debtor

**Jessica Concepcion**
Printed name

**Owner**
Title

**18. Signature of attorney**

X **/s/ Joyce W. Lindauer** _____ Date **04/27/2022**
Signature of attorney for debtor                                    MM / DD / YYYY

**Joyce W. Lindauer**
Printed name

**Joyce Lindauer**
Firm name

**Joyce W. Lindauer Attorney, PLLC**
Number    Street

**1412 Main Street, Suite 500**

**Dallas**                                          **TX**           **75202**
City                                                State          ZIP Code

**(972) 503-4033**                                  **joyce@joycelindauer.com**
Contact phone                                       Email address

**21555700**                                        **TX**
Bar number                                          State

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

IN RE: **Khaf Corporation**            CASE NO

                                                              CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

    The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   4/27/2022                                    Signature   /s/ Jessica Concepcion
                                                                       *Jessica Concepcion*
                                                                       *Owner*

Date                                             Signature

```
19th Judicial District Court
District Court of Tarrant County
100 N. Calhoun St.,
Fort Worth, TX 76196


429th District Court Lynne Finley
Disctrct Clerk Collin County Courthouse
3100 Bloomdale Rd, Ste. 10010014
McKinney, TX 75071


Altus Receivables Managment
P.O. Box 1389
Kenner, LA 70063


American Home
Bankruptcy Department
c/o Rosenthal & Rosenthal Inc.
Attn: Michal Edinger
P.O. Box 8896

Atlas Global Trade Solutions, Inc.
2400 Veterans Memorial Blvd. #300
Kenner, LA 70062


Attorney General of Texas
Bankruptcy Division
P O Box 12548
Austin, TX 78711-2548


Augra Corporation-Alvarado
Bankruptcy Department
4312 Longhorn Dr.
Alvarado, TX 76009


Bank of the West
Bankruptcy Department
108 W. Northwest Highway
Grapevine, TX 76051


Carpet & Flooring Liquidators
1501 Summit Sve, Ste. 7
Plano, TX 75074-8176
```

```
Conner Industries
Bankruptcy Department
3800 Sanshell Dr. Ste. 235
Fort Worth, TX 76137


Cosmos
Bankruptcy Department
224 44 Luna Rd.#100
Carrollton, TX 75006


D-Skilled
Bankrupty Department
5418 E. Belknap St., #216
Halton City, TX 76117


Dallas County Sheriffs's Department
133 N. Roverfront Blvd., LB-31
Dallas, TX 75207



Dalton
c/o Barnett & Garcia
3821 Junniper Trx #108
Austin, TX 78738


DDC
Bankrupty Department
4002 W. Miller Rd. #150
Garland, TX 75041


DW Distribution
Bankrupty Department
Arlington Building Materials Branch
1900 Timberlake
Arlington, TX 76010

Ed Martin
Greenberg, Grant & Richards, Inc.
5858 Westheimer Rd., #500
Houston, TX 77057


Elizabeth H. Oliver
c/o Law office of Luce Evans
5900 Lale Forest Dr., Ste. 200
McKinney, TX 75070
```

```
Ferguson
Bankruptcy Department
3433 West 7th Street
Fort Worth, TX 76107


Ferraz Brazil
Bankruptcy Department
AV. Athalides Moreira de Souza
615 Civt 1 Serra, ES, Brazil 29.168-0559


Georgia Pacific
Bankruptcy Department
133 Peach Tree Street
Atlanta, GA 30303


Gran Forte Indstria De Marmore E Granito
Bankruptcy Department
Rd. BR 101 KM 396-Maua' Rio Nova So S
Espirito Santo, Brazil


Greenberg, Grant & Richarson , Inc.
5858 Westheimer Rd., Ste500
Houston, TX 77057



H&M Signs, Inc.
Bankruptcy Department
5616 E. Mockingbird Lane
Dallas, TX 75206


Hayden Culter Company
Bankruptcy Department
3825 Camp Bowie Blvd
Fort Worth, TX 761


Home Improvement Distributions, Inc.
Bankruptcy Department
P.O. Box 1108
Point Clear, AL 36564


Horizon Forest Products
Bankruptcy Department
2800 E. Plano Parkway, Ste. 200
Plano, TX 75074
```

```
Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas   75242-1100


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Kaplan & Moon, PLLC
2929 Carlisle St., Ste. 115
Dallas, TX 75204



Knoa's Floring Inc.
Bankruptcy Department
3600 Brittmore Rd. #190
Houston, TX 77043


Lamar
Bankruptcy Department
P.O. Box 96030
Baton Rouge, LA 70896


Law Offices of Mark A. Kirkorsky
1119 W. Southern Ave. #200
Mesa, AZ 85210



Linebargar Goggan Blair & Sampson
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207


Luce Evans Law, PLLC
Bankruptcy Department
2900 S. Lake Forest Dr. #200
McKinney, TX 75070


Marci Sherburn
2021 McKinney Ave, Ste 1050
Dallas, TX 75201
```

McCarthy, Bueges, Wolfe
The MB & W Building
26000 Cannon Rd.
Cleveland, OH 44146


Michele De La Garza
Sealy & Company
8401 North Central Expwy., Ste. 150
Dallas, TX 75225


Monte Negro
Bankrupty Department
Rodovia BR 259, KM, OL   Caizal


MS International Inc.
Bankruptcy Department
12845 Valley Branch Lane #100
Farmers Branck, TX 75234


Nathan James
Tucker, Albin & Associates, Inc.
1702 N. Collins Blvd. #100
Richardson, TX 75080


NCS
P.O. Box 24101
Clevland, OH 44124


New Plan Investments, LLC
Bankruptcy Department
228 Crepe Myrt;e LN.
Murphy, TX 75094


Perdue Brandon  Fielder Collins & Mott
6301 Preston Rd. Ste. 700
Plano, TX 75024


Plano Independent School District
Bankruptcy Department
c/o Collin County Tax Office
P.O. Box 8006
McKinney, TX 75070

Prologis  
Bankruptcy Department  
Attn: Marcie Sherburn  
2021 McKinney Ave., Ste. 1050  
Dallas, TX 75201  

Prologis  
Bankruptcy Department  
2021 McKinney Ave., Ste. 1050  
Dallas, TX 75201  

Quindoa Sanhe Dacheng International  
Bankruptcy Department  
1501 Fuying Manson No. 443  
Changigiang Road East Rd  
Quingdao, Shandog, China (Mainland)  

Rauch-Milliken International Inc.  
4400 Tranton St, #4  
Metairie, LA 70006  

Republic Flooring  
Bankruptcy Department  
3600 Brittmore #100  
Houston, TX 77043  

Sealy & Company LLC  
Attn: Lisa T. Rowe, Sr. Property Manager  
8401 N. Central Expwy, Ste. 150  
Dallas, TX 75225  

Sealy LP Willowbrook Road LLC  
Bankruptcy Department  
8401 North Central Expwy., Ste. 150  
Dallas, TX 75225  

Sealy LP Willowbrook Road, LLC  
333 Texas Street, Ste. 1050  
Shreveport, LA 71101  

Shaw Industries  
Bankruptcy Department  
616 E. Walnnt Ave.  
Dalton, GA 30722-21288

Sherman Williams
Bankrupty Department
5020 E. Lancaster
Fort Worth, TX 76103


Silveris Corporation
Bankruptcy Department
3015 112th Ave. NE #214
Bellevue, WA 98004


Smith Family Companies, Inc.
Bankruptcy Department
P.O. Box 787
Pelham, AL 35124


Southwest Recovery
16200 Addison Rd. #260
Addison, TX 75001



Stephen Ho




Texas Comptroller of Public Accounts
Revenue Accting Div - Bankr Section
PO Box 13528
Austin, TX 78711-3528


Texas Workforce Commission
101 East 15th Street
Austin, TX 78778-0001


Toyota Industries Commercial Finance, In
Bankruptcy Department
P.O. Box 9050
Dallas, TX 75019-9050


Tyann Floring
Bankruptcy Department
400 W. Mockingbird Lane
Dallas, TX 75247

```
U. S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

U. S. Trustee's Office
1100 Commerce Street
Room 976
Dallas, TX 75242


U.S. Small Business Administration
Bankruptcy Department
10737 Gateway West, Ste. 300
El Paso, TX 79935


Viking Forest
Bankruptcy Department
7615 Santana Lane #140
Eden Prairie, MN 55344


Wedi Corporation
Bankruptcy Department
1160 Pierson Dr.
Batavia, IL 60510


Winston
Bankrupty Department
1160 S. Church Ave.
Louisville, MS 39339
```